# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DOMINGA VALDEZ,

      Plaintiff,

v.                                                      Case No:   6:24-cv-237-GAP-RMN

KALMD HOME CARE LLC,

      Defendant

## ORDER

This cause comes before the Court on Plaintiff's Motion for Final Default Judgment (Doc. No. 22) filed September 16, 2024.

On March 18, 2025, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

(1) The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

(2) The Plaintiff's Motion for Final Default Judgment against Defendant Kalmd Home Care LLC is **GRANTED** as to Plaintiff's Family and Medical Leave Act Claims (Counts 1-3).

(3) The Motion as to Plaintiff's claims under the Americans with Disabilities Act and Florida Civil Rights Act (Counts 4-7) are **DENIED**.

(4) The Plaintiff is entitled to $4,800.00 in back wages and $4,800.00 in liquidated damages.  The Clerk is directed to enter judgment in favor of the Plaintiff in the amount of $9,600.00 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 2, 2025.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party