**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DOMINGA VALDEZ,

      Plaintiff,

v.                                            Case No:   6:24-cv-237-GAP-RMN

KALMD HOME CARE LLC,

      Defendant

# ORDER

This cause comes before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 27) filed April 17, 2025.

On June 4, 2025, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney's Fees and Costs is **GRANTED IN PART**.

3. Plaintiff is entitled to $2,092.25, consisting of an award of attorney's fees in the amount of $1,622.25 and costs in the amount of $470.00.

4. The Clerk is directed to enter an amended judgment for the Plaintiff against the Defendant.

5. The remainder of Plaintiff's Motion for Attorney's Fees and Costs is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 20, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party